**93–1075.** State ex rel. White v. Office of Disciplinary Counsel. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEYA. WILLIAM SWEENEY, WRIGHT, RESNICK, F.E. SWEENEYFRANCIS E.

